# UNITED STATES DISTRICT COURT

## Northern District of California

USAA FEDERAL SAVINGS BANK

                Plaintiff(s),                No. C 09-02960 MEJ

  v.

MARTI O. DAVIS                         **ADMINISTRATIVE CLOSURE**

                Defendant(s).
_____/

On November 3, 2009, Plaintiff filed a Notice of Defendant's Bankruptcy. (Dkt. #10.) As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary when the bankruptcy proceedings are complete, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: November 4, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge